United States District Court
Southern District of Texas
FILED

JUL 1 8 2017

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN DIVISION

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| v. | § | Criminal No. | **M-17-1063** |
| | § | | |
| RICK KYLER JOHNSON | § | | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about June 20 [19 struck through], 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### RICK KYLER JOHNSON

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

### Count Two

On or about June 20 [19 struck through], 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### RICK KYLER JOHNSON

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 3.4 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY